Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
JOSE GARZA

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| JOSE GARZA, ) | Case No.: SA CV 09-01425 DMG (ANx) |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER ENTERING STIPULATION** |
| ) | **FOR JUDGMENT** |
| G L RECOVERY GROUP, LLC, ) | [23] JS-6 |
| ) | |
| Defendant. ) | |
| ) | |

Good cause appearing, IT IS ORDERED that judgment will be entered in favor of Plaintiff, JOSE GARZA (Plaintiff), and against Defendant, G L RECOVERY GROUP, LLC (Defendant), pursuant to stipulation, and on the request of the parties, for the following:

a. Plaintiff will receive $1,000.00 in statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

b. Plaintiff will also receive reasonable attorneys' fees and costs pursuant to the FDCPA. If the parties cannot agree on Plaintiff's attorneys' fees and costs, Plaintiff will file a Motion for attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 14, 2010

_____
Dolly M. Gee
UNITED STATES DISTRICT JUDGE

Cc: FISCAL

- 1 -

[PROPOSED] ORDER ENTERING STIPULATION FOR JUDGMENT